UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ARTHUR FLEMMING MOLER** : | **DOCKET NO. 2:19-cv-983** |
| REG. # 27271-171 | | **SECTION P** |
| **VERSUS** : | **JUDGE TERRY A. DOUGHTY** |
| **KEDRIC GASAWAY, ET AL.** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons set forth in this Court's Ruling, and for those additional reasons set forth in the Magistrate Judge's Report and Recommendation, which have been adopted by the Court after a *de novo* review of the entire record,

**IT IS ORDERED** that Plaintiff Arthur Flemming Moler's Motion to Amend [Doc. No. 7] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this matter be **DISMISSED** for lack of jurisdiction.

Monroe, Louisiana, this 9th day of October, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE